**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1253**

LINDA GOUGH,

        Plaintiff - Appellant,

    v.

BANKERS LIFE AND CASUALTY COMPANY,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:17-cv-02341-PJM)

Submitted: October 3, 2019                        Decided: October 22, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Linda Gough, Appellant Pro Se. Paul James Kennedy, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Gough appeals the district court's order denying relief on her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gough v. Bankers Life & Cas. Co.*, No. 8:17-cv-02341-PJM (D. Md. June 27, 2018; filed Feb. 12, 2019 & entered Feb. 13, 2019). We deny Gough's motion to assign counsel, her motion to seal her informal briefs, her motion to expedite, and her motion for costs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*